**Thomas R. Johnson**, OSB No. 01064; trjohnson@perkinscoie.com
**Stephanie K. Hines**, OSB No. 02327; shines@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: (503) 727-2000
Facsimile: (503) 727-2222

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **MICROSOFT CORPORATION**, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>**LESTER NEELY**, an individual, d/b/a **BYTE ME COMPUTERS**,<br><br>Defendant. | NO. CV06-1315 HA<br><br>**STIPULATED PERMANENT INJUNCTION; [~~PROPOSED~~] ORDER** |

Plaintiff Microsoft Corporation ("Microsoft"), and Defendant Lester Neely, an individual d/b/a Byte Me Computers ("Defendant"), hereby stipulate that Defendant, along with his agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendant, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"),

1 – STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER
41826-5155/LEGAL13422468.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

Certificates of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

    (1)    1,256,083 ("MICROSOFT");

    (2)    1,200,236 ("MICROSOFT");

    (3)    1,475,795 ("POWERPOINT");

    (4)    1,741,086 ("MICROSOFT ACCESS");

    (5)    2,188,125 ("OUTLOOK");

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Nos.:

    (1)    TX 5-837-617 ("Office Professional 2003");

    (2)    TX 5-837-636 ("Office Excel 2003");

    (3)    TX 5-900-087 ("Office Outlook 2003");

    (4)    TX 5-852-649 ("Office PowerPoint 2003");

    (5)    TX 5-837-618 ("Publisher 2003");

    (6)    TX 5-900-088 ("Office Word 2003");

    (7)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

2 – STIPULATED PERMANENT INJUNCTION;
[PROPOSED] ORDER
41826-5155/LEGAL13422468.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

    (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

    (d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

    (e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

    (f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

    (g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

  IT IS SO STIPULATED.

3 – STIPULATED PERMANENT INJUNCTION;
[PROPOSED] ORDER
41826-5155/LEGAL13422468.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

DATED: August 3, 2007                    LESTER NEELY, an individual d/b/a BYTE ME
                                         COMPUTERS

                                         By: Lester Neely

DATED: August __, 2007                   MICROSOFT CORPORATION, a Washington
                                         corporation


Approved as to form:

Dated: August __, 2007                   PERKINS COIE LLP

                                         By: _____
                                         Attorneys for Plaintiff
                                         MICROSOFT CORPORATION

Dated: August 3, 2007                    CORY LARVIK, ATTORNEY PC

                                         By: Cory Larvik
                                         Cory Larvik
                                         Attorneys for Defendant
                                         LESTER NEELY d/b/a BYTE ME COMPUTERS


4 –  STIPULATED PERMANENT INJUNCTION;
     ORDER

41826-5155/LEGAL13422468.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

DATED: August __, 2007              LESTER NEELY, an individual d/b/a BYTE ME
                                    COMPUTERS


                                    _____
                                    By: Lester Neely


DATED: August 9, 2007               MICROSOFT CORPORATION, a Washington
                                    corporation

                                    _Thomas W Burt_____

                                    Thomas W. Burt
                                    Corporate VP, Deputy General Counsel


Approved as to form:

Dated: August 17, 2007              PERKINS COIE LLP


                                    By: _Stephanie K. Hines_____
                                         Stephanie K. Hines
                                         Attorneys for Plaintiff
                                         MICROSOFT CORPORATION


Dated: August __, 2007              CORY LARVIK ATTORNEY, PC


                                    By: _____
                                         Cory Larvik
                                         Attorneys for Defendant
                                    LESTER NEELY d/b/a BYTE ME COMPUTERS

# ORDER

Good Cause appearing therefore, IT IS ORDERED that Defendant Lester Neely, an individual d/b/a Byte Me Computers ("Defendant"), along with his agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendant, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificates of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1)    1,256,083 ("MICROSOFT");
(2)    1,200,236 ("MICROSOFT");
(3)    1,475,795 ("POWERPOINT");
(4)    1,741,086 ("MICROSOFT ACCESS");
(5)    2,188,125 ("OUTLOOK");

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

(1)    TX 5-837-617 ("Office Professional 2003");
(2)    TX 5-837-636 ("Office Excel 2003");
(3)    TX 5-900-087 ("Office Outlook 2003");
(4)    TX 5-852-649 ("Office PowerPoint 2003");
(5)    TX 5-837-618 ("Publisher 2003");
(6)    TX 5-900-088 ("Office Word 2003");
(7)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

5 –   STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER
41826-5155/LEGAL13422468.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

6 – STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER
41826-5155/LEGAL13422468.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

DATED: 8-17-, 2007

HON. Ancer L. Haggerty
United States District Judge

7 –  STIPULATED PERMANENT INJUNCTION;
     [PROPOSED] ORDER
41826-5155/LEGAL13422468.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: (503) 727-2000
Fax: (503) 727-2222